UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LANDON AMINI,<br><br>              Plaintiff,<br><br>   v.<br><br>CSAA GENERAL INSURANCE COMPANY,<br><br>              Defendant. | Case No. 2:15-cv-00402-JAD-PAL<br><br>ORDER<br><br>(Emg. Mot Stay Depo – Dkt. #46) |

Before the court is Defendant's Emergency Motion for Protective Order to Stay Deposition of Defendant's Person Most Knowledgeable (Dkt. #46) filed November 29, 2015.

The emergency motion seeks a stay of a Rule 30(b)(6) deposition noticed by counsel for Plaintiff to take place on December 8, 2015, at the law offices of counsel for the Plaintiff. In Las Vegas, Nevada.  The notice was served November 19, 2015, and seeks deposition testimony binding the corporate Defendant on 52 separate topics.  The motion represents that Defendant CSAA General Insurance Company has its primary business offices in Walnut Creek, California. The motion also argues the notice is deficient for various other reasons.  A copy of the Notice of Taking Deposition is attached as Exhibit A to the motion.

The parties have filed a flurry of papers in the last 12 days.  Several motions are set for hearing December 22, 2015.

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. A temporary protective order is entered precluding the deposition from going forward in Las Vegas, Nevada on December 8, 2015, as noticed, pending a decision on the merits.

1

1      2.   A hearing on the motion is set for **December 22, 2015, at 10:30 a.m.**

2      DATED this 3rd day of December, 2015.

3

4                                             _____
                                               PEGGY A. LEEN

5                                                UNITED STATES MAGISTRATE JUDGE