UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANDON AMINI,<br><br>                              Plaintiff,<br>v.<br><br>CSAA GENERAL INSURANCE COMPANY,<br><br>                              Defendant. | Case No. 2:15-cv-00402-JAD-PAL<br><br>ORDER<br><br>(Subst Atty – Dkt. #51) |

This matter is before the court on Defendant's Substitution of Attorney (Dkt. #51) filed December 7, 2015. George M. Ranalli of Ranalli & Zaniel, LLC seeks leave to be substituted in the place and stead of Nathan Reinmiller and Sabrina Wibicki of Alverson Taylor Mortenson, et al. for Defendant CSAA General Insurance Company. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

A hearing on several outstanding motions is set for December 22, 2015 at 10:30 am.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1. The Substitution of Attorney (Dkt. #51) is **APPROVED**.

/ / /

/ / /

/ / /

/ / /

1

2. George M. Ranalli of Ranalli & Zaniel is substituted in the place of Nathan Reinmiller and Sabrina Wibicki of Alverson Taylor Mortenson, et al, for Defendants CSAA General Insurance Company, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 9th day of December, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2