JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
ALVERSON, TAYLOR,
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Tel: (702) 384-7000
Fax: (702) 385-7000

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*

| | |
|---|---|
| LANDON AMINI, an individual, | Case No.: 2:15-cv-00402-JAD-PAL |
| Plaintiff, | |
| vs. | |
| CSAA GENERAL INSURANCE COMPANY, DOES I-V, and ROE CORPORATIONS I-V, inclusive, | |
| Defendants. | |

## ALVERSON, TAYLOR, MORTENSEN & SANDERS' MOTION TO REMOVE IT FROM THE ELECTRONIC SERVER LIST IN THIS MATTER

Alverson, Taylor, Mortensen & Sanders hereby moves this Honorable Court for its removal from the electronic service list in this matter.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

22324

This motion is made and based upon the Points and Authorities attached hereto, the papers and pleadings on file herein, and any exhibits attached hereto.

DATED this 17 day of December, 2015.

           ALVERSON, TAYLOR, MORTENSEN & SANDERS

           JONATHAN B. OWENS, ESQ.
           Nevada Bar No. 7118
           7401 W. Charleston Boulevard
           Las Vegas, NV  89117

## POINTS AND AUTHORITIES

Defendant has retained the offices Ranalli & Zaniel, LLC to represent its interests in this matter, and a Substitution of Attorney, indicating the same, was filed on December 7, 2015.[1] As such, Alverson, Taylor, Mortensen & Sanders now respectfully requests that this Honorable Court remove the emails of:

- nreinmiller@alversontaylor.com
- swibicki@alversontaylor.com
- Efile@alversontaylor.com

. . .

. . .

. . .

. . .

. . .

. . .

. . .

---

[1]   See Substitution of Attorney, filed December 7, 2015, attached hereto as Exhibit "A."

22324

2

from the electronic server list in this case. As this office no longer represents Defendant in this matter, counsel's requested relief is appropriate.

DATED this 17 day of December, 2015.

ALVERSON, TAYLOR, MORTENSEN & SANDERS

_____
JONATHAN B. OWENS, ESQ.
Nevada Bar No. 7118
7401 W. Charleston Boulevard
Las Vegas, NV 89117

IT IS SO ORDERED this 21st day of December, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS and that on the 17th day of December, 2015, I caused to be served via CM/ECF a true and correct copy of the document described herein.

**Document Served:** **ALVERSON, TAYLOR, MORTENSEN & SANDERS' MOTION TO REMOVE IT FROM THE ELECTRONIC SERVER LIST IN THIS MATTER**

Preston Rezaee, Esq.
THE FIRM, P.C.
200 East Charleston Blvd.
Las Vegas, NV 89104
*Attorney for Plaintiff*

David F. Sampson, Esq.
THE LAW OFFICE OF DAVID SAMPSON, LLC
200 East Charleston Blvd.
Las Vegas, NV 89104
*Attorney for Plaintiff*

George M. Ranalli, Esq.
John W. Kirk, Esq.
RANALLI & ZANIEL, LLC
2400 W. Horizon Ridge Parkway
Henderson, NV 89052
*Co- counsel for Defendant*

_____
An Employee of ALVERSON, TAYLOR, MORTENSEN & SANDERS

N:\nathan.grp\Z-client\22324\Pleadings\Our Pleadings\22324Eserve list removal.docx

22324

**EXHIBIT A**

```
GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
JOHN W. KIRK, ESQ.
Nevada Bar No. 4654
RANALLI & ZANIEL, LLC
2400 W. Horizon Ridge Parkway
Henderson, Nevada 89052
ranalliservice@ranallilawyers.com
Attorneys for Defendant,
CSAA GENERAL INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

DISTRICT COURT OF NEVADA

| | |
|---|---|
| LANDON AMINI, | ) |
| Plaintiff, | ) Case No.: 2:15-cv-00402-JAD-PAL |
| vs. | ) |
| CSAA GENERAL INSURANCE COMPANY, DOES I-V, and ROE CORPORATIONS I-V, inclusive, | ) |
| Defendant. | ) |

## SUBSTITUTION OF ATTORNEY

IT IS HEREBY STIPULATED and AGREED that Defendant, CSAA GENERAL INSURANCE COMPANY, hereby substitutes GEORGE M. RANALLI, ESQ., and JOHN W. KIRK, ES., of the law office of RANALLI & ZANIEL, LLC, as attorneys of record for said Defendant in the place and stead of NATHAN R. REINMILLER, ESQ. and SABRINA G. WIBICKI, ESQ., of ALVERSON, TAYLOR, MORTENSEN & SANDERS.

DATED this 7 day of December, 2015.

_____
A Representative from
CSAA GENERAL INSURANCE COMPANY

1

NATHAN R. REINMILLER, ESQ. and SABRINA G. WIBICKI, ESQ., of ALVERSON, TAYLOR, MORTENSEN & SANDERS, hereby agree and consent to the substitution of RANALLI & ZANIEL, LLC as attorney of record for Defendant, CSAA GENERAL INSURANCE COMPANY.

DATED this 30 day of November, 2015.

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

for NATHAN R. REINMILLER, ESQ
Nevada Bar No. 6793      #1339
SABRINA G. WIBICKI, ESQ.
Nevada Bar No. 10669
7401 W. Charleston Boulevard
Las Vegas, Nevada 89117

2

```
 1    GEORGE M. RANALLI, ESQ. and JOHN W. KIRK, ESQ., of the law
 2   office of RANALLI & ZANIEL, LLC, accept substitution as
 3   attorneys of record for Defendant, CSAA GENERAL INSURANCE
 4   COMPANY in this matter.
                              December
 5        DATED this 7th day of November, 2015.

 6                                 RANALLI & ZANIEL, LLC

 7

 8                                 _____
                                   GEORGE M. RANALLI, ESQ.        #4654
 9                                 Nevada Bar No. 5748
                                   JOHN W. KIRK, ESQ.
10                                 Nevada Bar No. 4654
                                   2400 W. Horizon Ridge Parkway
11                                 Henderson, Nevada 89052
```

3

## CERTIFICATE VIA CM/ECF

Pursuant to FRCP 5, I hereby certify that I am an employee of RANALLI & ZANIEL, LLC, and that on the 7th day of December, 2015, I caused to be served via CM/ECF a true and correct copy of the document described herein.

Document Served: SUBSTITUTION OF ATTORNEY

Person(s) Served:

>Preston Rezaee, Esq.
>**THE FIRM, P.C.**
>200 East Charleston Blvd.
>Las Vegas, Nevada 89104
>Attorney for Plaintiff
>
>David F. Sampson, Esq.
>**THE LAW OFFICE**
>**DAVID SAMPSON, LLC**
>200 East Charleston Blvd.
>Las Vegas, Nevada 89104
>Attorney for Plaintiff
>
>Nathan R. Reinmiller, Esq.
>Sabrina G. Wibicki, Esq.
>**ALVERSON, TAYLOR, MORTENSEN & SANDERS**
>7401 W. Charleston Boulevard
>Las Vegas, Nevada 89117

/s/ Sonia Arevalo
_____
An **EMPLOYEE OF RANALLI & ZANIEL, LLC**

4

**ATMS Copy Room Efile**

**From:** cmecf@nvd.uscourts.gov
**Sent:** Monday, December 07, 2015 3:21 PM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:15-cv-00402-JAD-PAL Amini v. CSAA General Insurance Company Stipulation

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

District of Nevada

**Notice of Electronic Filing**

The following transaction was entered by Ranalli, George on 12/07/2015 at 2:35:08 PM PST and filed on 12/07/2015
**Case Name:** Amini v. CSAA General Insurance Company
**Case Number:** 2:15-cv-00402-JAD-PAL
**Filer:** CSAA General Insurance Company
**Document Number:** 51

**Docket Text:**
**Stipulation to Substitute Attorney by CSAA General Insurance Company. (Ranalli, George) Modified event from Notice to Stipulation on 12/7/2015 (DKJ).**

2:15-cv-00402-JAD-PAL Notice has been electronically mailed to:

David F Sampson davidsampsonlaw@gmail.com, amanda@davidsampsonlaw.com

George M. Ranalli gmranalli@ranallilawyers.com, dzaniel@ranallilaw.com, ranalliservice@ranallilawyers.com, tpennington@ranallilawyers.com

John W. Kirk jkirk@ranallilawyers.com

Nathan Reinmiller efile@alversontaylor.com, nreinmiller@alversontaylor.com

Preston P. Rezaee prestonprezaee@hotmail.com, jacqueline@thefirm-lv.com, preston@thefirm-lv.com

Sabrina G Wibicki efile@alversontaylor.com, swibicki@alversontaylor.com

2:15-cv-00402-JAD-PAL Notice has been delivered by other means to:

12/7/2015

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=12/7/2015] [FileNumber=7382332-0
] [cb4feb5a0d42050280d430b555639a0ef5316638a0a02cff8232fb86ef1922c05c7
aa532e2c32559ae4919f0bdcdddac93d5d9a1d17dec10d0babb3425eee775]]

*This is a re-generated NEF. Created on 12/7/2015 at 3:20 PM PST*

12/7/2015