1  DAVID F. SAMPSON, ESQ.
   Nevada Bar No. 6811
2  THE LAW OFFICE OF DAVID SAMPSON, LLC
3  200 E. Charleston Blvd.
   Las Vegas, NV 89104
4  Tel: (702) 605-1099
   Fax: (888) 209-4199
5  *Attorney for Plaintiff*

6
   PRESTON P. REZAEE, ESQ.
7  Nevada Bar No. 10729
   THE FIRM, P.C.
8  200 E. Charleston Blvd.
9  Las Vegas, NV  89104
   Telephone: (702) 222-3476
10 Facsimile: (702) 252-3476
   *Attorneys for Plaintiff*
11
                              **UNITED STATES DISTRICT COURT**
12                              **DISTRICT COURT OF NEVADA**

13
       LANDON AMINI, an individual,
14                                                  Case No. 2:15-CV-00402-JAD-PAL
                   Plaintiffs,
15     vs.

16
       CSAA GENERAL INSURANCE
17     COMPANY, DOES I - V, and ROE
       CORPORATIONS  I - V, inclusive,
18
                   Defendants.
19

20
       **STIPULATION FOR FIRST CONTINUEANCE OF DEPOSITION OF PERSON MOST**
21
                          **KNOWLEDGEABLE- WITNESS ONE**
22
23     **IT IS HEREBY STIPULATED BETWEEN THE PARTIES THAT THE**

24     **DEPOSITION OF THE PERSON MOST KNOWLEDGEABLE** set for the 8th day of

25     February, 2016, at the hour of 10:00 a.m., at **200 E. Charleston Blvd., Las Vegas, NV 89104**,

26     which was commenced, be continued to February 17, 2016 at 10:00 a.m. at the same location.
27
28     The reason the continuance was necessitated was due to the unexpected and untimely death of



a dear friend of Plaintiff's counsel, PRESTON REZAEE, which death occurred on Sunday February 7, 2016.  Mr. REZAEE was asked to go to the coroner's office just as the deposition was to begin and the parties agreed to continue the same.

This stipulation will not result in moving any other depositions, nor will it result in any other deadlines being continued.

DATED this 8th day of February, 2016

| RANALLI & ZANIEL | LAW OFFICE OF DAVID SAMPSON, LLC. |
|---|---|
| /s/ *Benjamin Carman* | /s/ *David Sampson* |
| Benjamin Carman, Esq. | David Sampson, Esq. |
| Nevada Bar No. 12565 | Nevada Bar No. 6811 |
| 2400 W. Horizon Ridge Pkwy. | Preston P. Rezaee, Esq. |
| Henderson, NV 89052 | Nevada Bar No. 10729 |
| *Attorneys for Defendant* | 200 East Charleston Blvd. |
| | Las Vegas, Nevada 89104 |
| | *Attorneys for Plaintiff* |

IT IS SO ORDERED this 10th day of February, 2016.

_____
Peggy A. Leen
United States Magistrate Judge

